UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRUCE A. HELBLING,

    Petitioner,                           Case No. 1:07-CV-869

v.                                                  Hon. Richard Alan Enslen

CAROL HOWES,

    Respondent.
_____/

**FINAL ORDER**
**APPROVING REPORT AND RECOMMENDATION**

      The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed October 23, 2007, is **APPROVED** and **ADOPTED** as the opinion of the Court.

      **IT IS FURTHER ORDERED** that Petitioner's application is **DISMISSED** as barred by the one-year statute of limitations.

      **IT IS FURTHER ORDERED that a certificate of appealability is denied as to <u>each</u> issue raised by Petitioner.**

Dated in Kalamazoo, MI:                        /s/Richard Alan Enslen
November 20, 2007                              Richard Alan Enslen
                                                  Senior United States District Judge